**Appeal Ordered Withdrawn and Opinion issued March 15, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-98-01978-CR

### JAMES GREGORY SHARP, Appellant

### V.

### STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 2
Dallas County, Texas
Trial Court Cause No. MA98-48274

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-98-01978-CR   Date Filed: 11/25/1998

Style:  Sharp, James Gregory
v.
The State of Texas

Trial Judge:          Pruitt, Jim
Trial Court Reporter:
Trial Court:          COUNTY CRIMINAL COURT NO 2   Trial County:       DALLAS

---

APP   Joseph J. Padian
ATT 000788155
Attorney At Law
5646 Milton, Suite 950
Dallas, Tx 75206
Phone 214/363-4848
Fax 214/739-1419

STA   William T. (Bill) Hill, Jr.
ATT 009669000
ATTN:  APPELLATE SECTION
Frank Crowley Courts Bldg., 10th FL
133 N. Industrial Blvd. LB 19
Dallas, TX 75207
Phone 214/653-3845
Fax